IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

               Plaintiff,                     21cv0436
                                             LEAD CASE

            v.

ARTIFACT UPRISING LLC,

               Defendant.
_____

BLAIR DOUGLASS,

               Plaintiff,                     21cv0438
                                             MEMBER CASE

            v.

RESIDEO TECHNOLOGIES, INC.,

               Defendant.
_____

BLAIR DOUGLASS,

               Plaintiff,                     21cv0440
                                             MEMBER CASE

             v.

BMW OF NORTH AMERICA, LLC,

               Defendant.
_____

BLAIR DOUGLASS,

               Plaintiff,                     21cv0446
                                             MEMBER CASE

             v.

GLOWFORGE INC.,

               Defendant.
_____

BLAIR DOUGLASS,

                Plaintiff,                                21cv0447
                                                                  MEMBER CASE

                      v.

MOUNTAIN KHAKIS, LLC,

                Defendant.

_____

BLAIR DOUGLASS,

                Plaintiff,                                21cv0448
                                                                  MEMBER CASE

                      v.

URBAN FARMER LLC,

                Defendant.

BLAIR DOUGLASS,

                Plaintiff,                                21cv0451
                                                                   MEMBER CASE

                      v.

HHGREGG, INC.,

                Defendant.

BLAIR DOUGLASS,

                Plaintiff,                                21cv0452
                                                                   MEMBER CASE

                      v.

SOTHEBY'S, INC.,

|                        |                          |
|------------------------|--------------------------|

Defendant.

_____

BLAIR DOUGLASS,

          Plaintiff,             21cv0454
                                         MEMBER CASE

          v.

STELLA & CHEWYS LLC,

_____

Defendant.

BLAIR DOUGLASS,

          Plaintiff,             21cv0455
                                         MEMBER CASE

          v.

JC USA, INC.,

_____

Defendant.

BLAIR DOUGLASS,

          Plaintiff,             21cv0466
                                         MEMBER CASE

          v.

XEROX CORPORATION,

_____

Defendant.

BLAIR DOUGLASS,

          Plaintiff,             21cv0467
                                         MEMBER CASE

          v.

POWER HOME SOLAR LLC,

_____

Defendant.

BLAIR DOUGLASS,

          Plaintiff,                    21cv0469
                                            MEMBER CASE

             v.

18TH AND WALNUT LLC,

          Defendant.

---

BLAIR DOUGLASS,

          Plaintiff,                    21cv0479
                                            MEMBER CASE

             v.

CUDDLE CLONE HOLDINGS LLC,

          Defendant.

---

BLAIR DOUGLASS,

          Plaintiff,                    21cv0480
                                            MEMBER CASE

             v.

FRENCH CONNECTION GROUP, INC.,

          Defendant.

---

BLAIR DOUGLASS,

          Plaintiff,                    21cv0481
                                            MEMBER CASE

              v.

THEHAIRBOWCOMPANY.COM LLC,

          Defendant.

BLAIR DOUGLASS,

                    Plaintiff,                          21cv0485
                                                              MEMBER CASE

                            v.

TRAEGER PELLET GRILLS LLC,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                          21cv0487
                                                              MEMBER CASE

                            v.

BLISSY LLC,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                          21cv0497
                                                              MEMBER CASE

                            v.

KAMMOK GEAR, LLC,

                    Defendant.

---

BLAIR DOUGLASS,

                    Plaintiff,                          21cv0498
                                                              MEMBER CASE

                            v.

GRIP6 LLC,

                    Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 21-438, 21-440, 21-446, 21-447, 21-448, 21-451, 21-452, 21-454, 21-455, 21-466, 21-467, 21-469, 21-479, 21-480, 21-481, 21-485, 21-487, 21-497, and 21-498 are hereby consolidated with **Civil Action No. 2:21-cv-436**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:21-cv-436**.

3.      The Clerk of Court shall **close** Civil Action Nos. 21-438, 21-440, 21-446, 21-447, 21-448, 21-451, 21-452, 21-454, 21-455, 21-466, 21-467, 21-469, 21-479, 21-480, 21-481, 21-485, 21-487, 21-497, and 21-498.

**SO ORDERED** this 16th day of April, 2021.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge