IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>ARTIFACT UPRISING LLC,<br><br>      Defendant. | Lead Case No. 2:21-cv-00436-AJS |
| BLAIR DOUGLASS,<br><br>      Plaintiff,<br><br> v.<br><br>HHGREGG, INC.,<br><br>      Defendant. | Member Case No. 2:21-cv-00451-AJS |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. hhgregg, Inc.*, Member Case No. 2:21-cv-00451-AJS, without prejudice, and with each party bearing his and its own costs.

                Respectfully Submitted,

Dated: May 17, 2021        */s/ Stephanie Moore*
                Kevin W. Tucker (He/Him)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659
                Chandler Steiger (She/Her)
                Pa. No. 328891
                Stephanie Moore (She/Her)
                Pa. No. 329447

**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com
csteiger@eastendtrialgroup.com
smoore@eastendtrialgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 17, 2021, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                                     Respectfully Submitted,

Dated: May 17, 2021                      */s/ Stephanie Moore*
                                                    Stephanie Moore (She/her)
                                                    Pa. No. 329447